**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| JENISA ANGELES, | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| WILSON SUPPLEMENTS, LLC, | : |
| | : |
| Defendant. | : |
| | : |

1:23-cv-05938 (ALC)

**ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On Septemnber 27, 2023, this Court issued an order to show cause to Defendant as to why an Order should not be issued pursuant to Fed. R. Civ. P. 55 instructing Plaintiffs to seek default judgment against Defendant for failure to otherwise defend this action. Defendant did not file a written response by October 4, 2023. Accordingly, Plaintiff is directed to seek default judgment against Defendant in accordance with my individual practices, Attachment A.

**SO ORDERED.**

**Dated: October 6, 2023**
      **New York, New York**                          _____
                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**